**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 05-6587

---

DELBERT LAMAR RANKIN,

                                    Plaintiff - Appellant,

        versus

JOHN CRANFORD; ANTHONY JOHNSON; CHRISTOPHER
COLLIER; PAXTON BUTLER; ALLEN MARTIN; KENNETH
B. DARTY; JUDY SILLS,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Richard L. Voorhees,
District Judge.  (CA-03-99-2-V)

---

Submitted:  August 18, 2005          Decided:  August 25, 2005

---

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Delbert Lamar Rankin, Appellant Pro Se.  Edmund L. Gaines,
HOMESLEY, JONES, GAINES & HOMESLEY, Statesville, North Carolina;
Gerald Patrick Murphy, Assistant Attorney General, Elizabeth F.
Parsons, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North
Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Delbert Lamar Rankin appeals the district court's order granting the Defendants' motions to dismiss his complaint filed under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Rankin's motion for appointment of counsel and affirm on the reasoning of the district court. See Rankin v. Cranford, No. CA-03-99-2-V (W.D.N.C. filed Apr. 14, 2005; entered Apr. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED